This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 205  SSM 18
In the Matter of Noel Olmosperez,
          Appellant,
        v.
Andrea W. Evans, &c.,
          Respondent.

          Submitted by Cynthia H. Conti-Cook and Caroline Hsu, for appellant.
          Submitted by Frank Brady, for respondent.

MEMORANDUM:

          The order of the Appellate Division should be affirmed, without costs (see Matter of Linares v Evans, __NY3d__ [decided today]; Matter of Silmon v Travis, 95 NY2d 470, 476 [2000]).

- 1 -

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, without costs, in a memorandum.  Chief Judge Lippman and Judges Pigott, Rivera, Abdus-Salaam and Fahey concur. Judge Stein took no part.


Decided October 22, 2015